IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Stewart William Lenz - #129758

_____/

Case No: CV 09 80025 MISC

**ORDER TO SHOW CAUSE**

It appearing that Stewart William Lenz has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective November 29, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Stewart William Lenz
Attorney at Law
251 Lafayette Circle, Suite 330
Lafayette, CA 94549