**FILED**

APR 08 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-09-80025 MISC VRW |
| Stewart William Lenz, | |
| State Bar No 129758 | ORDER |

On February 23, 2009, the court issued an order to show cause (OSC) why Stewart William Lenz should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective November 29, 2008.

The OSC was mailed to Mr Lenz's address of record with the State Bar. No response to the OSC has been filed.

The court now orders Steward William Lenz removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Stewart William Lenz,

        Plaintiff,

_____/

Case Number: CV09-80025 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stewart William Lenz
251 Lafayette Circle, Ste 330
Lafayette, CA 94549

Dated: April 8, 2009

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

                                      *Cora Klein* (signature)